# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __**6**__

------------------------------------------------

**GRIGGS**

-v-

**BRODSKY, et al**

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # ____09 - cv - 5686____

JUDGE : ____Loretta A. Preska____

DATE : ____August 26, 2009____

## INDEX TO THE RECORD ON APPEAL

U.S. DISTRICT COURT
FILED
AUG 26 2009
S.D. OF N.Y.

PREPARED BY (NAME) : _____**THOMAS R. PISARCZYK**_____
FIRM : ____U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK____
ADDRESS : _____500 PEARL STREET, ROOM 370_____
_____NEW YORK, NEW YORK 10007_____
PHONE NO. : _____1(212) 805 - 0636_____

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------------------------------------

**DOCUMENT DESCRIPTION**                                          **DOC. #**

_____CLERK'S CERTIFICATE_____          _____

_____SEE ATTACHED LIST OF NUMBERED DOCUMENTS_____          _____

( __√__ ) ORIGINAL RECORD

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the **26**[TH] Day of **August**, 2009

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

**GRIGGS**

-v-

**BRODSKY, et al**

------------------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # ____09 - cv - 5686____

JUDGE : ____Loretta A. Preska____

DATE : ____August 26, 2009____

## CLERK'S CERTIFICATE

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _1_ through ___, inclusive, constitutes the Original Record On Appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | CLERK'S CERTIFICATE |
| | SEE ATTACHED LIST OF NUMBERED DOCUMENTS |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 26TH Day of August, In this year of our Lord, Two Thousand and Nine, and the Independence of the United States this 234TH year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

Rev. 5/7/09

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:09-cv-05686-LAP**
**Internal Use Only**

Griggs v. Brodsky et al
Assigned to: Judge Loretta A. Preska
Cause: 42:1983 Civil Rights Act

Date Filed: 06/22/2009
Date Terminated: 06/22/2009
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2009 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Dennis Griggs. (laq) (Entered: 06/30/2009) |
| 06/22/2009 | 2 | COMPLAINT against Sidney Schneider, Frank Packer, Dorel Company, Benjamin/Adele Roberts Co., Raymond McElfish, Lawrence Levine, Waithe, Cavallo, Birnbaum, Milin, Blackshear, Fed. Bankruptcy Ct., Ross & Sombrato, Philip Brodsky, Steven Croman, George Rivera, Topia, Marco, Barry Blenis, 208-214 E. 25th Street L.L.C., attroney for E.B.T., Cresup, Gruber, Olga Potanas, City Marshall who evicted me illegally, Hanley Shapiro, Angelus Chan, Eddie Chew, Gabriel Brodsky, Ricky Chan, Davin Chew, Harriett Croman, The City of New York, Sapir, Bruce A. Lawrence, Eric A. Schmittman, Kanengeiser, Theodore Bye, Paul Brodsky, Henry Gunders, Lester Berkelhamer, Joseph Loring, Jerome Nasoff. Document filed by Dennis Griggs. (laq) (Entered: 06/30/2009) |
| 06/22/2009 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 06/30/2009) |
| 06/22/2009 | 3 | ORDER OF DISMISSAL, Plaintiff's request to proceed in forma pauperis is granted, but for the reasons set forth in this order, the complaint is dismissed. Accordingly, this pro se complaint the close and sympathetic reading to which it is entitled, revelas no basis for the exercise of subject matter jurisdiction over plaintiff's suit. The complaint is therefore dismissed for failure to state a claim over which the Court has subject matter jurisdiction. Under 28 U.S.C.1367 (c)(3), the Court declines to exercises supplemental jurisdiction over any state law claims. The Court certifies under 28 U.S.C.1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Loretta A. Preska on 6/22/09) (laq) (Entered: 06/30/2009) |
| 06/22/2009 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 6/22/09) (laq) (Entered: 06/30/2009) |
| 08/17/2009 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Dennis Griggs. (tp) (Entered: 08/21/2009) |
| 08/17/2009 | | Appeal Remark as to 5 Notice of Appeal filed by Dennis Griggs. $455.00 APPEAL FEE DUE. IFP REVOKED 6/22/09. (tp) (Entered: 08/21/2009) |
| 08/21/2009 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/21/2009) |
| 08/21/2009 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/21/2009) |